IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:20-CR-00479-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| JUAN PABLO PEREZ-PINA, | |
| Defendant. | |

This matter comes before the court on a motion to withdraw filed by counsel for Defendant [Laura Wasco] [DE 46]. Ms. Wasco explains that she conducted "a thorough review of [the] case file for criminal history retroactivity issues, . . . [and] does not intend to present any motions before the court." DE 46 at 1. In accordance with Standing Order 23-SO-6(i), the motion to withdraw is GRANTED. Ms. Wasco's representation of Defendant in this case is terminated.

SO ORDERED this 27th day of September, 2024.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE